■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PEDRO SANTIAGO, Appellant. [698 NYS2d 183] —Judgment unanimously affirmed. Memorandum: County Court properly denied defendant's request for a missing witness charge. The request, made after the close of the proof, was untimely (*see, People v Bender,* 244 AD2d 910, 910-911, *lv denied* 91 NY2d 923; *People v Castro-Garcia,* 203 AD2d 899, *lv denied* 83 NY2d 965). We reject the contention that defendant was denied effec-

tive assistance of counsel at trial. "[T]he evidence, the law, and the circumstances of [this] case, viewed in totality and as of the time of the representation, reveal that the attorney provided meaningful representation" (*People v Baldi,* 54 NY2d 137, 147). (Appeal from Judgment of Erie County Court, Drury, J.—Burglary, 2nd Degree.) Present—Green, J. P., Lawton, Hayes, Hurlbutt and Balio, JJ.